## Commonwealth *v.* Butler, Appellant.

Submitted March 9, 1970. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Cavalier, Appellant.

Submitted March 16, 1970. *Joseph Wassell,* Assistant Public Defender, for appellant; *Irwin Schneider,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Order affirmed.